# United States District Court
# For The Western District of North Carolina
# Asheville Division

Arminda Guadalupe Valderrama Navarro

    Plaintiff(s)　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:12-cv-00107

State Farm Insurance

    Defendant(s)

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 02, 2012 Order.

Signed: August 2, 2012

Frank G. Johns, Clerk
United States District Court